# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JULIA PERLIN, | **CASE NO.:** |
| Plaintiff, | |
| v. | State Circuit Court Case No.: CACE-22-011811 |
| QUEST DIAGNOSTICS INCORPORATED, a foreign corporation; and CCS GLOBAL HOLDINGS, INC. a foreign corporation, | **NOTICE OF REMOVAL** |
| Defendant(s). | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Sections 1332, 1441 and 1446, Defendant Credit Control Services, Inc. d/b/a Credit Collection Services ("CCS"), incorrectly identified in Plaintiff's Complaint as CCS Global Holdings, Inc., by and through its undersigned attorney of record, Gordon Rees Scully Mansukhani, LLP, hereby removes this action brought by Plaintiff, Julia Perlin, originally filed in the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County Florida, Case No.: CACE-22-01181, to the United States District Court for the Southern District of Florida, and CCS, reserving all defenses other than removal states as following in support:

    1.    On August 12, 2022, Plaintiff Julia Perlin ("Plaintiff") filed a Class Action Complaint alleging causes of action in the Circuit Court for the Seventeenth

Judicial Circuit in and for Broward County, Florida, entitled and captioned: *Julia Perlin, on behalf of herself and all others similarly situated v Quest Diagnostics Incorporated, a foreign corporation, and CCS Global Holdings, Inc., a foreign corporate,* which was assigned Case No.: CACE-22-011811.

2. On or about August 25, 2022, CCS was served with the Complaint. *Attached as* **Exhibit A** *is a copy of the Summons and Complaint in the State Court Action.*

3. CCS has timely filed this Notice of Removal pursuant to 28 U.S.C. §1446(b).

4. Removal to this Court is proper pursuant to 28 U.S.C. §1441(a), which provides, in relevant part, that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. As more fully set forth below, this Court has original jurisdiction based upon diversity, all prerequisites for removal under 28 U.S.C. §1332 have been met, and this Court is vested with subject matter jurisdiction over this action.

6. Pursuant to 28 U.S.C. §1367, to the extent jurisdiction is not otherwise provided in this Notice, CCS respectfully requests that this Court exercise supplemental jurisdiction over Plaintiff's state law claims.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal

will be filed with the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County Florida, Case No.: CACE-22-011811.

8. Plaintiff, Julia Perlin, is a natural person and citizen of the state of Florida, residing in Broward County Florida.

9. Plaintiff, Julia Perlin filed her Complaint asserting damages greater than $100,000. *See **Exhibit A***, Civil Cover Sheet.

10. CCS is a foreign corporation with its principal place of business in Massachusetts.

11. Upon information and belief, Defendant Quest Diagnostics is a foreign corporation with its principal place of business in New Jersey.

12. CCS reserves all defenses including but not limited to those specified in FRCP 12(b).

13. CCS files with this Notice, true and correct copies of all pleadings filed in the above-captioned State action.

14. Written notice of the filing of this Notice of Removal on this date has been given to the Plaintiff, Julia Perlin, through Plaintiff's attorneys of record, Jordan A. Shaw, Esq., Zebersky Payne Shaw Lewenz, LLP, via electronic mail at jshaw@zpllp.com.

15. The undersigned certifies that the Defendant, CCS, has consented to the removal of this action from the Seventeenth Judicial Circuit Court of Broward County, Florida to the United States District Court, Southern District.

16. The undersigned further certifies that Defendant, Quest Diagnostics

Incorporated has consented to the removal of this action from the Circuit Court for the Seventeenth Judicial Circuit, Broward County, Florida to the United States District Court, Southern District. *Attached as **Exhibit B** is the Consent of Quest Diagnostics Incorporated.*

17. The undersigned counsel is authorized by CCS to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

**WHEREFORE**, Defendant removes to this Court the above-entitled action, pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and requests this action be placed on the docket of this Court for further proceedings as though this action had originally been instituted in this Court. Additionally, Defendant respectfully requests that the docket of the Court notice this firm's representation of Defendant Credit Control Services, Inc., d/b/a Credit Collection Services for all further proceedings.

Dated: September 23, 2022

Respectfully submitted,

**GORDON REES
SCULLY MANSUKHANI, LLP**

By: ***/s/Chantel C. Wonder***
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Tel: (Direct) 813-523-4945
Facsimile 813-377-3505

*Attorneys for Defendant Credit Control Services, Inc. d/b/a*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic email to:

>Jordan A. Shaw, Esq.
>Zebersky Payne Shaw Lewenz, LLP
>110 S.E. 6th Street, Suite 2900
>Fort Lauderdale, FL 33301
>jshaw@spllp.com
>*Attorney for Plaintiff*

**GORDON REES
SCULLY MANSUKHANI, LLP**

By: */s/Chantel C. Wonder*
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Tel: (Direct) 813-523-4945
Facsimile 813-377-3505
*Attorneys for Defendant Credit Control Services, Inc d/b/a Credit Collection Services*